Judge Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| HECTOR FRANCISCO DIAZ, | ) | NO. C08-1371-JLR-MAT |
| Petitioner, | ) | CR07-108-JLR |
| v. | ) | [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

THIS COURT having considered the United States' Motion for an extension of Time;

IT IS HEREBY ORDERED that the United States' Answer in this case shall be due on November 17, 2008, and

IT IS FURTHER ORDERED that Respondent's Reply, if any, shall be due not later than December 8, 2008.

DATED this 21st day of October, 2008.

<u>/s/ Mary Alice Theiler</u>
Mary Alice Theiler
United States Magistrate Judge

Presented by:

*s/ Sarah Y. Vogel*
SARAH Y. VOGEL
Assistant United States Attorney
United States Attorney's Office

[~~PROPOSED~~] ORDER FOR AN
EXTENSION OF TIME- 1
(C08-1371-JLR-MAT)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970