___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB 17 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HECTOR FRANCISCO DIAZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. C08-1371-JLR<br>(CR07-108-JLR)<br><br>ORDER DENYING § 2255 MOTION |

The Court, having reviewed petitioner's § 2255 motion, the government's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2255 motion (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 17th day of Feb., 2009.

JAMES L. ROBART
United States District Judge

08-CV-01371-ORD