FILED ___ENTERED___
___LODGED ___RECEIVED

AUG 10 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| HECTOR FRANCISCO DIAZ, | ) | CASE NO.  C08-1371-JLR |
| | ) | (CR07-108-JLR) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER DENYING § 2255 MOTION |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's § 2255 motion, the government's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, the objections thereto, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2255 motion (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 10th day of August, 2009.

_____
JAMES L. ROBART
United States District Judge

ORDER DENYING § 2255 MOTION
PAGE -1

08-CV-01371-ORD