08-CV-01371-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HECTOR FRANCISCO DIAZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. C08-1371JLR<br><br>ORDER |

This matter comes before the court on Petitioner Hector Francisco Diaz's motion for a certificate of appealability under 28 U.S.C. § 2253(d) (Dkt. # 29). Mr. Diaz seeks to appeal the court's August 10, 2009 order denying his 28 U.S.C. § 2255 motion (Dkt. # 26). For the reasons stated below, the court DENIES the motion for a certificate of appealability (Dkt. # 29).

Among the substantial changes to federal habeas corpus procedure in the Antiterrorism and Effective Death Penalty Act of 1996 is a rule that a petitioner can appeal the denial of a 28 U.S.C. § 2255 motion only after obtaining a "certificate of appealability." 28 U.S.C. 2253(c). The Ninth Circuit has held that a United States District Court may issue a certificate of

ORDER - 1

appealability. *United States v. Asrar*, 116 F.3d 1268, 1269 (9th Cir. 1997). A court may issue a certificate of appealability only if the "applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Supreme Court has elaborated that a petitioner must show that "reasonable jurists could debate whether . . . the petition should have been resolved in a different matter or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (internal quotation omitted).

Here, Mr. Diaz has not made a substantial showing of the denial of a constitutional right or demonstrated that the denial of his 28 U.S.C. § 2255 motion was debatable or wrong. The court therefore DENIES his motion for a certificate of appealability (Dkt. # 29).

Dated this 29th day of October, 2009.

JAMES L. ROBART
United States District Judge

ORDER - 2